# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2024-1863
LT Case Nos. 2024-SC-001622-A
2024-SC-001817-A

————————————————

MICHELE TAYLOR,

    Appellant,

    v.

RODNEY BRADLEY, ELAINE
SHARON McCRAY, MONIQUE
MEANS, and TOTAKEO PRAYLOW,

    Appellees.

————————————————

On appeal from the County Court for Duval County.
Eleni Elia Derke, Judge.

Michele Taylor, Yulee, pro se.

Caitlin A. Polly and Nicholas P. Dareneau, of Lewis Brisbois
Bisgaard & Smith, LLP, Tampa, for Appellees.

July 28, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____